UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JOHNATHON R. BROWN, | Civil No. 2:20-CV-01547-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for benefits under Title XVI of the Social Security Act is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings. Upon remand, the Appeals Council shall instruct the Administrative Law Judge to reevaluate the severity of the claimant's mental impairments; consider the medical opinions of record and prior administrative findings, consistent with 20 C.F.R. § 416.920c; reassess the claimant's residual functional capacity, consistent with 20 C.F.R. § 416.945, Social Security Ruling (SSR) 85-15 and SSR 96-8p; and proceed with the sequential evaluation as necessary.

This Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and REMANDS the case to the Commissioner for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 11th day of May, 2021.

MARY ALICE THEILER
United States Magistrate Judge

Presented by:

s/ Shata L. Stucky
SHATA L. STUCKY
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7050
Telephone: (206) 615-2909
Fax: (206) 615-2531
shata.stucky@ssa.gov